# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Propharma Group LLC | 11/25/2022 | 266211 | Check | $ 78,816.00 |
| Akorn Operating Company, LLC | Propharma Group LLC | 12/2/2022 | 266315 | Check | $ 22,656.00 |
| Akorn Operating Company, LLC | Propharma Group LLC | 12/29/2022 | 266815 | Check | $ 26,673.00 |
| Akorn Operating Company, LLC | Propharma Group LLC | 1/12/2023 | 267018 | Check | $ 10,531.25 |
| Akorn Operating Company, LLC | Propharma Group LLC | 2/13/2023 | 267363 | Check | $ 21,376.00 |
| | | | | | $ 160,052.25 |